UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**LEMARR JENNINGS,** *et al.***,**  Case No. 1:13-CV-868

    Plaintiffs,  **Judge Timothy S. Black**

**-vs-**

**DOUGLAS M. RASTAHER.,** *et al.***,**

    Defendants.

---

### JUDGMENT IN A CIVIL CASE

---

[ ] **Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

[X] **Decision by Court:**

**IT IS ORDERED AND ADJUDGED** that the Report and Recommendation of the Magistrate Judge (Doc. 4) is **ADOPTED**; that Plaintiff Shephard's Motion for leave to proceed *In Forma Pauperis* (Doc. 1) is **DENIED**; that Plaintiff Shephard's Complaint (Doc. 3) is **DISMISSED** *sua sponte* as malicious; and that it is **CERTIFIED** that an appeal of this decision would not be taken in good faith.

Date: 2/11/2014  **JOHN P. HEHMAN, CLERK**

    By: *s/M. Rogers*, D.C.
    Deputy Clerk